Exhibit 1

## 001 AllSeason Home Goods

