**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BONNIE HAYES BONSALL,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06483

Judge Edmond E. Chang

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, June 8, 2026, at 8:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Judge Edmond E. Chang

of the U.S. District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte*

Motion for Leave to Conduct Expedited Discovery and Service of Process by Email and/or

Electronic Publication.

DATED: June 2, 2026          Respectfully submitted,

          */s/ Keith A. Vogt*
          Keith A. Vogt
          FL Bar No. 1036084/IL Bar No. 6207971
          Keith A. Vogt PLLC
          1820 NE 163rd Street, Suite #306
          North Miami Beach, Florida 33162
          Telephone: 312-971-6752
          E-mail: keith@vogtip.com

          ***ATTORNEY FOR PLAINTIFF***