AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|
| DOCKET NO.              DATE FILED | | |
| PLAINTIFF | DEFENDANT | |

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-116

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

**Title of Work:**   Pastel Blue Oyster Shell Painting

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   June 13, 2024
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Bonnie Hayes Bonsall
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:**   Base AI-generated image

**New material included in claim:**   Color and lighting adjustments; digitally painted background; added details inside the oysters

## Rights and Permissions

**Name:**   Bonnie Hayes Bonsall
**Email:**   foursistersprintshop@gmail.com
**Address:**   19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062502

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-115

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Pastel Marsh Sunset Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 17, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bonnie Hayes Bonsall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall |
| | 19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Enhance the color and lighting , added details on the Marsh sunset and the artistic modifications. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue |
| | Collingswood, NJ 8108 United States |

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062504

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-117

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

**Title of Work:** Pastel Butterfly Painting

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 05, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Bonnie Hayes Bonsall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:** Base AI-generated image

**New material included in claim:** Color and lighting adjustments; digitally painted background; added details to the butterflies.

## Rights and Permissions

**Name:** Bonnie Hayes Bonsall
**Email:** foursistersprintshop@gmail.com
**Address:** 19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 24, 2025 |
| **Applicant's Tracking Number:** | BB2025062503 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-114

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Abstract Magic Castle Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 15, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Bonnie Hayes Bonsall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall |
| | 19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Enhance the color and lighting , added details on the castle and the artistic modifications. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue |
| | Collingswood, NJ 8108 United States |

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062501

**Correspondence:** Yes