**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bonnie Hayes Bonsall

                                      Plaintiff,

v.                                          Case No.:
                                          1:26−cv−06483

                                          Honorable Edmond E.
                                          Chang

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of attorney Keith Vogt's declaration, there is a screenshot of a map. R. 13−2 at 2. But the map and corresponding text are fuzzy and illegible. The Plaintiff is instructed to supplement the declaration with a legible map and text by 06/19/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.