**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BONNIE HAYES BONSALL,

     Plaintiff,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06483

Judge Edmond E. Chang

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S SUPPLEMENT TO THE DECLARATION OF KEITH A. VOGT**

    Plaintiff, BONNIE HAYES BONSALL ("Plaintiff"), submits this supplement to the Declaration of Keith A. Vogt [13-2] pursuant to minute entry order [18].



DATED: June 12, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt

FL Bar No. 1036084/IL Bar No. 6207971

Keith A. Vogt PLLC

1820 NE 163rd Street, Suite #306

North Miami Beach, Florida 33162

Telephone: 312-971-6752

E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2