**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BONNIE HAYES BONSALL,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 26-cv-06483<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff Bonnie Hayes Bonsall ("Bonsall" or "Plaintiff) filed an *Ex Parte* Motion for Entry of An Order for leave to conduct Expedited Discovery and Service of Process by E-mail and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce store operating under the seller alias identified in Amended Schedule A to the Complaint and attached hereto (the "Defendant") and using at least the online marketplace account identified in Amended Schedule A (the "Defendant Internet Store"). After reviewing the Motion and the accompanying record, this Court GRANTS Bonsall's Motion as follows.

This Court finds that issuing this Order without notice pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure is appropriate because the Plaintiff has presented specific facts in support of the Motion clearly showing that Plaintiff will be otherwise unable to properly serve Defendant without the requested leave. Specifically, an *ex parte* Order for discovery of Defendant's financial accounts and e-mail addresses is necessary so that Defendant can be served with notice to conserve judicial resources and proceed to the merits of this case. Accordingly, this Court orders that:

1. Upon Bonsall's request, any third party with actual notice of this Order who is providing services for the Defendant, or in connection with Defendant's Defendant Internet Store, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses;

   b. Defendant's financial accounts, including operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Store and Defendant's financial accounts, including Defendant's sales and listing history related to its respective Defendant Internet Store; and

   c. any financial accounts owned or controlled by Defendant, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing:

a. The identity and location, including contact information, its true name and physical address, and all associated e-mail addresses, of Defendant;

b. the nature of Defendant's operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Internet Store, and Defendant's financial accounts, as well as providing a full accounting of Defendant's sales and listing history; and

c. the steps taken by Defendant to comply with paragraph 1, (a)-(c) above.

Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: 10/01/2026

## Amended Schedule A

| No. | Defendant |
|---|---|
| 1 | AllSeason Home Goods |