AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-06483 | DATE FILED<br>6/2/2026 | |
| PLAINTIFF<br>Bonnie Hayes Bonsall | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order ☐ Judgment | ☐ Yes ☐ No | 10/14/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G Bruton | J. Scales | 10/15/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-116**
**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

## Title

**Title of Work:** Pastel Blue Oyster Shell Painting

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 13, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Bonnie Hayes Bonsall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:** Base AI-generated image

**New material included in claim:** Color and lighting adjustments; digitally painted background; added details inside the oysters

## Rights and Permissions

**Name:** Bonnie Hayes Bonsall
**Email:** foursistersprintshop@gmail.com
**Address:** 19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062502

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-115**
**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

## Title

**Title of Work:** Pastel Marsh Sunset Painting

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 17, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Bonnie Hayes Bonsall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:** Base AI-generated image

**New material included in claim:** Enhance the color and lighting , added details on the Marsh sunset and the artistic modifications.

## Rights and Permissions

**Name:** Bonnie Hayes Bonsall
**Email:** foursistersprintshop@gmail.com
**Address:** 19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062504

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-117**
**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

## Title

**Title of Work:** Pastel Butterfly Painting

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 05, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Bonnie Hayes Bonsall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:** Base AI-generated image

**New material included in claim:** Color and lighting adjustments; digitally painted background; added details to the butterflies.

## Rights and Permissions

**Name:** Bonnie Hayes Bonsall
**Email:** foursistersprintshop@gmail.com
**Address:** 19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062503

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-114**
**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

## Title

**Title of Work:** Abstract Magic Castle Painting

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Bonnie Hayes Bonsall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States

## Limitation of copyright claim

**Material excluded from this claim:** Base AI-generated image

**New material included in claim:** Enhance the color and lighting , added details on the castle and the artistic modifications.

## Rights and Permissions

**Name:** Bonnie Hayes Bonsall
**Email:** foursistersprintshop@gmail.com
**Address:** 19 E. Palmer Avenue
Collingswood, NJ 8108 United States

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062501

---

**Correspondence:** Yes



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bonnie Hayes Bonsall

Plaintiff,

v.

Case No.: 1:26−cv−06483
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice. If the Plaintiff refiles the claim against the same Defendant, then the Plaintiff must note on the Civil Cover Sheet that it is a refiling of a previously dismissed case. Status hearing of 10/30/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 15, 2026